August Schwandt, appellee, v. Chicago Railways Company et al., trading as Chicago Surface Lines, appellants. Gen. No. 24,867.

Action to recover for personal injuries by being struck by automobile. Judgment for plaintiff. Appeal from the Circuit Court

of Cook county; the Hon. Edward M. Mangan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed with finding of fact. Opinion filed December 2, 1919.

P. L. McArdle and Frank L. Kriete, for appellants; W. W. Gurley and J. R. Guilliams, of counsel. Walther & Lanaghen and Walter S. Hull, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.